# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 11-5123**

**September Term 2011**

**1:08-cv-01173-RJL**

**Filed On:** August 10, 2012

Obaydullah, Detainee, Guantanamo Bay and
Sami Al Hajj, as next friend of Obaydullah,

      Appellants

    v.

Barack Obama, President of the United States
and Leon E. Panetta, Secretary of Defense of
the United States of America,

      Appellees

**BEFORE:** Sentelle, Chief Judge, and Henderson and Garland, Circuit Judges

## O R D E R

Upon consideration of the court's order to show cause filed August 3, 2012, directing appellees to show cause why the court's opinions, filed August 3, 2012, should not be released publicly with redactions of classified material only; and the response thereto, it is

**ORDERED** that the order to show cause be discharged. The Clerk is directed to issue forthwith the public version of the court's opinion filed August 3, 2012, with only the classified material redacted.

**Per Curiam**

                                   **FOR THE COURT:**
                                   Mark J. Langer, Clerk

                  BY:    /s/
                         Michael C. McGrail
                         Deputy Clerk